UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RAYMOND BONNER,

                             Plaintiff,                     21 Civ. 10673 (PAE)

               -v-

                                                                ORDER

CENTRAL INTELLIGENCE AGENCY,

                            Defendant.

---

PAUL A. ENGELMAYER, District Judge:

      This case, which was filed on December 14, 2021, has been accepted as related to *Bonner v. Federal Bureau of Investigation et al.*, No. 21 Civ. 2166 (S.D.N.Y.).

      In light of plaintiff's representation that the subject matter at issue in this case is "likely to cover the same, or closely-related, topics and events" as the subject matter at issue in the related case, Dkt. 4, the Court assumes that minimal discovery will be needed. Counsel are directed immediately to confer on this point and to propose a case management plan no later than February 14, 2022, anticipating the completion of supplemental fact discovery within six weeks.

      SO ORDERED.

                                                       *Paul A. Engelmayer*
                                                       Paul A. Engelmayer
                                                       United States District Judge

Dated: January 31, 2022
          New York, New York